IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| CRAIG GATES, | * |
| Plaintiff, | * |
| vs. | * |
| Sheriff, MIKE JOLLEY, et al. | *     CASE NO. 4:06-CV-50 (CDL) |
| Defendants. | * |
| | * |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on December 6, 2006, is hereby approved, adopted, and made the Order of the Court. That Report and Recommendation provides several alternative bases authorizing the dismissal of Plaintiff's complaint. The Court finds that each basis stated by the Magistrate Judge is provides a legitimate reason for granting Defendant's motion to dismiss. For all of the reasons stated in the Magistrate's Report and Recommendation, Defendant's motion to dismiss is granted, and Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED, this 8th day of January, 2007.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE